UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN PIERRE, JR. | CIVIL ACTION |
| VERSUS | NO: 09-7558 |
| LCS CORRECTIONS SERVS., INC. | SECTION: R |

**ORDER AND REASONS**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that this matter be TRANSFERRED to the United States District Court for the Western District of Louisiana.

**New Orleans, Louisiana, this  6th  day of January, 2010.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

---

[1] The Court follows the fourteen-day period for objections that became effective on December 1, 2009. 28 U.S.C. § 636(b)(1).